# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GEORGE GUNN,** *et al.,*   Plaintiffs, | )<br>)<br>) |
| v. | )    **CIVIL ACTION: 1:22-00439-KD-C** |
| | ) |
| **STATE FARM FIRE & CASUALTY COMPANY,** *et al.,*   Defendants. | )<br>)<br>) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 16) made under 28 U.S.C. § 636(b)(1)(B) and dated January 19, 2023, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendant State Farm's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 10) is **GRANTED** and all claims in the First Amended Complaint alleged against State Farm are **DISMISSED** with prejudice.

**DONE** and **ORDERED** this the **7th** day of **February 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**